IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES WYMAN MCGLOTHLIN,**
    Plaintiff,

vs.                                  CASE NO.:  3:07cv316/MCR/MD

**ARMOR CORRECTIONAL HEALTH, et al.,**
    Defendants.
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 20, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

    DONE AND ORDERED this 25th day of January, 2008.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**